JUDGE JONES

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

08 CIV 6953

------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.**, as
Broadcast Licensee of the **June 7, 2008**
**UFC #85** Program,

                Plaintiff,

-against-

SEAN McGARR and MICHAEL A. SINENSKY,
Individually and as officers, directors, shareholders
and/or principals of THIRD AVENUE
RESTAURANT CORP. d/b/a VILLAGE POUR
HOUSE,

and

THIRD AVENUE RESTAURANT CORP. d/b/a
VILLAGE POUR HOUSE,

                Defendants.

------------------------------------------------------------

**RULE 7.1 GENERAL RULES**
**SOUTHERN DISTRICT**

Civil Action No.



PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT OF NEW YORK and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff, **JOE HAND PROMOTIONS, INC.**, a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held:

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **JOE HAND PROMOTIONS, INC.**

Dated:  July 30, 2008
          Ellenville, New York

JOE HAND PROMOTIONS, INC.

By:_____

JULIE COHEN LONSTEIN, ESQ.
Attorney for Plaintiff
Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277
Email: Info@signallaw.com
*Our File No. 08-10-S03V*