UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
: ORDER OF REFERENCE
: TO A MAGISTRATE JUDGE
Plaintiff,  Joe Hand Promotions, Inc., et al :
: 08-6953    ( BSJ ) ( DFE )
-v- :
:
:
Defendant.  Sean McGarr, et al. :
:
:
:
x
------------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ☐ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | _____ | ☐ | Habeas Corpus |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ☐ | Social Security |
| ☐ | Settlement* | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ _____ |
| ☐ | Inquest After Default/Damages Hearing | | All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated  August 13, 2008

SO ORDERED:

*[signature]*

United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08