UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **June 7, 2008**
**UFC #85** Program,

                                **NOTICE OF DISMISSAL**

Plaintiff,      Civil Action No.08-CV-6953 BSJ

    -against-

SEAN McGARR and MICHAEL A. SINENSKY, Individually and as officers, directors, shareholders and/or principals of THIRD AVENUE RESTAURANT CORP. d/b/a VILLAGE POUR HOUSE,

and

THIRD AVENUE RESTAURANT CORP. d/b/a
VILLAGE POUR HOUSE,

                    Defendants.
-------------------------------------------------------------

     **JOE HAND PROMOTIONS, INC.,** plaintiffs in the above entitled action having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)1) of the Federal Rules of Civil Procedure.

Dated: August 21, 2008
       Ellenville, New York

                                       JOE HAND PROMOTIONS, INC.

                                       By:/s/*Julie Cohen Lonstein*
                                       Julie Cohen Lonstein.
                                       LONSTEIN LAW OFFICE, P.C.
                                       Attorneys for plaintiff
                                       Office & P.O. Address
                                       1 Terrace Hill : P.O. Box 351
                                       Ellenville, New York 12428
                                       Tel: (845) 647-8500

**SO ORDERED** this ____day of _____, 2008

_____
**HON. BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

The foregoing Notice of Dismissal was duly served upon the following:

Rich Pawelczyk, Esq.

Via email to richpesq@verizon.net
on this 21st day of August, 2008

                                      /s/   Julie Cohen Lonstein
                                      JULIE COHEN LONSTEIN